UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ARCADIA GWEN WRIGHT,
Plaintiff,

vs. Case No.: 1:26-cv-114-ZCB

FRANK J. BISIGNANO,
Commissioner Of Social Security,
Defendant.
_______________________________/

**ORDER**

The Court ordered Plaintiff to file a memorandum in support of her complaint within thirty days of Defendant serving an answer. (Doc. 6 at 3). Plaintiff was warned that failure to file a memorandum would "be deemed a failure to prosecute" and would likely "result in a dismissal of this case with prejudice." (*Id.*).

Defendant answered on July 16, 2026. (Docs. 11, 13). Thus, Plaintiff's memorandum was due on August 20, 2026. That deadline passed, and Plaintiff did not file a memorandum. Therefore, on August 24, 2026, the Court ordered Plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to prosecute and failure to comply with an order. (Doc. 15).

Plaintiff, who is now represented by counsel (Doc. 16), has timely responded to the show cause order. (Doc. 17). The response cites Plaintiff's prior difficulty obtaining counsel and her prompt act of hiring counsel when faced with the order to show cause. (*Id.*). With her response, Plaintiff has also filed an unopposed motion for extension of time, seeking an extension until November 9, 2026, to file her brief. (Doc. 18). Plaintiff requests this extension so counsel can review the record and adequately prepare Plaintiff's brief. (Doc. 18-1). Because good cause and excusable neglect have been shown, the Court will discharge its order to show cause and grant the requested extension of time. *See* Fed. R. Civ. P. 6(b)(1)(B).

Accordingly, it is **ORDERED** that:

1. The Court's order to show cause (Doc. 15) is **DISCHARGED**.

2. Plaintiff's unopposed motion for extension of time (Doc. 18) is **GRANTED** to the extent that Plaintiff's brief in support of her complaint is now due **on or before November 9, 2026**.

3. Defendant's response brief is due within **thirty days** of service of Plaintiff's brief.

4. Plaintiff's reply brief, if any, is due within **fourteen days** of service of Defendant's brief.

5. All other matters not specifically addressed by this order remain subject to the Court's scheduling order (Doc. 6).

**DONE AND ORDERED** this 3rd day of September 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge